## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 236 WAL 2015
                                 :

            Respondent          :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court
            v.                    :

                                 :

JAMES WILLIAM MOORE,             :

                                 :

            Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.